1  CRAIG H. MISSAKIAN (CABN 125202)
   United States Attorney
2  PAMELA T. JOHANN (CABN 145558)
   Chief, Civil Division
3  MOLLY A. FRIEND (CABN 289677)
   Assistant United States Attorney
4
5      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
6      Telephone: (415) 436-7177
       Facsimile: (415) 436-6748
7      Molly.Friend@usdoj.gov

8  Attorneys for Defendants

                    UNITED STATES DISTRICT COURT

                   NORTHERN DISTRICT OF CALIFORNIA

                        SAN FRANCISCO DIVISION

HORACIO QUIROZ JIMENEZ, *et al.*,

                Plaintiffs,                 Case No. 3:25-cv-08739 LJC

        v.                                  **STIPULATION TO STAY PROCEEDINGS;
                                            [PROPOSED] ORDER**
KRISTI NOEM, Secretary of the United States
Department of Homeland Security, *et al.*,

                Defendants.

   The parties, through their attorneys, hereby stipulate and respectfully request the Court to stay proceedings in this case for a limited time, until March 23, 2026.

   Plaintiffs filed this action seeking adjudication of their Form I-589, Application for Asylum and Withholding of Removal. On November 26, 2025, USCIS has placed a hold on all asylum applications, pending a comprehensive review. *See* https://www.uscis.gov/sites/default/files/document/policy-alerts/PM-602-0192-PendingApplicationsHighRiskCountries-20251202.pdf. (last accessed December 19, 2025).

   Accordingly, the parties stipulate and request that the proceedings in this case be stayed until March 23, 2026, at which time the parties will file a joint status report with the Court. At that time, the parties may request a further continuance of the stay of proceedings, dismissal of the litigation if

appropriate, or placement of the case back on the Court's active docket. A stay of proceedings in this case will benefit the parties and conserve the Court's resources while the parties pursue a potential administrative resolution.

Dated: December 22, 2025

Respectfully submitted,[1]

CRAIG H. MISSAKIAN
United States Attorney

 /s/ Molly A. Friend
MOLLY A. FRIEND
Assistant United States Attorney
Attorneys for Defendants

Dated: December 22, 2025

/s/ Josh F. Sigal
JOSH F. SIGAL
Attorney for Plaintiffs

### [PROPOSED] ORDER

Pursuant to stipulation, IT IS SO ORDERED.  The case is stayed until March 23, 2026.

Date:   December 23, 2025

LISA J. CISNEROS
United States Magistrate Judge

---

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.