CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
MOLLY A. FRIEND (CABN 289677)
Assistant United States Attorney

> 450 Golden Gate Avenue, Box 36055
> San Francisco, California 94102-3495
> Telephone: (415) 436-7177
> Facsimile: (415) 436-6748
> Molly.Friend@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HORACIO QUIROZ JIMENEZ, *et al*., <br><br> Plaintiffs, <br><br> v. <br><br> KRISTI NOEM, Secretary of the United States Department of Homeland Security, *et al*., <br><br> Defendants. | Case No. 3:25-cv-08739 LJC <br><br> **JOINT STATUS REPORT AND STIPULATION TO CONTINUE THE STAY OF PROCEEDINGS; ORDER** |

The parties apologize to the Court for not submitting a joint status report by March 23, 2026, due to the need for the parties to reach an agreement on the stipulation. The parties, through their attorneys, submit this joint status report regarding Plaintiffs' Form I-589, Application for Asylum and Withholding of Removal. On December 23, 2025, the Court granted the parties' request to stay proceedings. Dkt. No. 11. On December 2, 2025, USCIS issued a Policy Memorandum ("memorandum") that placed a hold on all asylum applications, pending a comprehensive review. *See* https://www.uscis.gov/sites/default/files/document/policy-alerts/PM-602-0192-PendingApplicationsHighRiskCountries-20251202.pdf. (last accessed March 16, 2026). As of the date of this filing, the hold has not been lifted, and final guidance has not yet been issued. In order to allow time for additional guidance to be issued pursuant to the Policy Memorandum, the parties have agreed to

Stipulation
C 3:25-cv-08739 LJC                              1

continue the stay of proceedings.

Accordingly, the parties stipulate and request that the proceedings in this case be stayed until June 22, 2026, at which time the parties will file a joint status report with the Court. At that time, the parties may request a further continuance of the stay of proceedings, dismissal of the litigation if appropriate, or placement of the case back on the Court's active docket. A stay of proceedings in this case will benefit the parties and conserve the Court's resources while the parties pursue a potential administrative resolution.

Dated: March 24, 2026

Respectfully submitted,[1]

CRAIG H. MISSAKIAN
United States Attorney

 /s/ Molly A. Friend
MOLLY A. FRIEND
Assistant United States Attorney
Attorneys for Defendants

Dated: March 24, 2026

/s/ Josh F. Sigal
JOSH F. SIGAL
Attorney for Plaintiffs

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.  The case is stayed until June 22, 2026.

Date:March 25, 2026

LISA J. CISNEROS
United States Magistrate Judge

---

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

Stipulation
C 3:25-cv-08739 LJC                           2